# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. CV 13-00650-PLA                          Date  December 16, 2013

Title:  Jelani A. Bee v. Carolyn W. Colvin, Acting Commissioner of Social Security

---

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:                ATTORNEYS PRESENT FOR DEFENDANTS:
                NONE                                            NONE

PROCEEDINGS:        (IN CHAMBERS)

Pursuant to this Court's Order of October 8, 2013, the parties were to notify the Court by December 10, 2013, through the lodging of a proposed Judgment, if a voluntary remand was being accepted in this case. In the event that there was no agreement as to a voluntary remand, **plaintiff** was to inform the Court of this fact no later than December 6, 2013, through the filing of a pleading entitled "Notice of Compliance with Settlement Conference Order." To date, neither of these documents has been received by the Court. Accordingly, **no later than December 23, 2013, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of one of the two required documents, and compliance with the additional requirements set forth in the October 8, 2013, Order, shall be deemed compliance with this Order to Show Cause.

**Plaintiff's failure to timely respond to this Order shall result in dismissal of this action.**

cc:    Jelani A. Bee, pro se
       Jeffrey T. Chen, SAUSA

Initials of Deputy Clerk____ch____